IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Civil Action No. 2:23-cv-04452-MRP |
| IVAN L. JEFFERY, | : | |
| Debtor. | : | |
| | : | Bankruptcy No. 16-15037-pmm |
| | : | |

## ORDER

AND NOW, this 3rd day of September, 2025, upon review of the parties' briefs in this matter (ECF Nos.7, 8, and 9), together with a review of the record from the bankruptcy proceedings, it is hereby ORDERED as follows:

1. The judgment of the Bankruptcy Court is AFFIRMED.
2. This matter shall be CLOSED.

BY THE COURT:

_____
Hon. Mia R. Perez